Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–14786–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeremy King
  5 Pheasant Court
  Columbus, NJ 08022

Social Security No.:
  xxx–xx–7032

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 9/22/21 at 09:00 AM

to consider and act upon the following:

*61* − Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 5 PHEASANT COURT, COLUMBUS, NJ 08022. Fee Amount $ 181. filed by Creditor PENNYMAC LOAN SERVICES, LLC) filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC. Objection deadline is 08/20/2021. (Attachments: # 1 Exhibit A # 2 Certification by Mortgagee # 3 Certification Re Facsimile Signature # 4 Proposed Order # 5 Certificate of Service) (Powers, William)

Dated: 8/23/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court