UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2021-0141

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for PennyMac Loan Services, LLC

| | |
|---|---|
| In Re: | Case No.:  18-14786-MBK |
| Jeremy King | Hearing Date: September 22, 2021 |
| | Judge:   Honorable Michael B. Kaplan |
| | Chapter:  13 |

## CERTIFICATION OF SERVICE

1.     I, William M. E. Powers III:

⊠ represent the  creditor  in the above captioned matter.

☐am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above

captioned matter.

☐ am the _____in the above case and am representing

myself.

2.     On September 3, 2021, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:  Form of Order submitted

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode

of service indicated.

 */s/ William M. E. Powers III*

Dated: September 3, 2021          William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert  Russo<br>CN 4853<br>Trenton, NJ  08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Andrew Thomas Archer, Esquire<br>175 Richey Avenue<br>Collingswood, NJ   08107 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jeremy King<br>5 Pheasant Court<br>Columbus, NJ  08022 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.