UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2021-0141

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

**Order Filed on September 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jeremy King

Case No.:   18-14786-MBK

Hearing Date: September 22, 2021

Judge:   Honorable Michael B. Kaplan

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING
## FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: September 9, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Jeremy King

Case No.: 18-14786-MBK

Caption of Order:      ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the debtor's objection to the ex-parte application for stay relief as to certain real property, as authorized by prior Order of this Court under Bankruptcy Code section 362(d), and Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, appearing and for cause shown, it is:

**ORDERED** as follows:

1. Stay relief is denied without prejudice and the debtor is hereby permitted to cure arrears as more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through August 1, 2021, in the sum of $30,857.91 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 7 | Payments @ | $2,966.44 | (10/01/2020 - 04/01/2021) | = | $20,765.08 |
| 4 | Payments @ | $3,038.14 | (05/01/2021 - 08/01/2021) | = | $12,152.56 |
| | Funds in Suspense | | | | $-2,059.73 |
| | Arrears to Cure: | | | = | $30,857.91 |

3. Post-petition funds in suspense totaling $2,059.73 shall be applied to reduce the arrears.

4. Post petition arrears of $30,857.91 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

5. Debtor shall file a modified plan within 10 days of entry of this Order to add the post-petition payments referenced in this Order.

6. Debtor(s) shall resume regular monthly mortgage payments starting on September 1, 2021.

7. The mortgagee is awarded a counsel fee and costs of $200.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

8. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

9. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.