UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2021-0141

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

**Order Filed on September 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jeremy King

Case No.:   18-14786-MBK

Hearing Date: September 22, 2021

Judge:   Honorable Michael B. Kaplan

Chapter:   13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: September 9, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Jeremy King
Case No.: 18-14786-MBK
Caption of Order:  ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the debtor's objection to the ex-parte application for stay relief as to certain real property, as authorized by prior Order of this Court under Bankruptcy Code section 362(d), and Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, appearing and for cause shown, it is:

**ORDERED** as follows:

1. Stay relief is denied without prejudice and the debtor is hereby permitted to cure arrears as more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through August 1, 2021, in the sum of $30,857.91 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 7 | Payments @ | $2,966.44 | (10/01/2020 - 04/01/2021) | = | $20,765.08 |
| 4 | Payments @ | $3,038.14 | (05/01/2021 - 08/01/2021) | = | $12,152.56 |
| | Funds in Suspense | | | | $-2,059.73 |
| | Arrears to Cure: | | | = | $30,857.91 |

3. Post-petition funds in suspense totaling $2,059.73 shall be applied to reduce the arrears.

4. Post petition arrears of $30,857.91 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

5. Debtor shall file a modified plan within 10 days of entry of this Order to add the post-petition payments referenced in this Order.

6. Debtor(s) shall resume regular monthly mortgage payments starting on September 1, 2021.

7. The mortgagee is awarded a counsel fee and costs of $200.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

8. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

9. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14786-MBK |
| Jeremy King | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

**Recip ID      Recipient Name and Address**
db      + Jeremy King, 5 Pheasant Court, Columbus, NJ 08022-2336

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

**Name      Email Address**

Albert Russo
     docs@russotrustee.com

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew Thomas Archer
     on behalf of Debtor Jeremy King aarcher@spillerarcherlaw.com
     bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Craig Scott Keiser
     on behalf of Creditor PENNYMAC LOAN SERVICES LLC craig.keiser@law.njoag.gov

Denise E. Carlon
     on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

                on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

Nicholas V. Rogers

                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC nj.bkecf@fedphe.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

William E. Brewer

                on behalf of Attorney Mariner Finance  LLC, c/o William E. Brewer, Esq. williambrew@gmail.com, brewerwr96836@notify.bestcase.com

William M.E. Powers

                on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III

                on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 11