Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  18−14786−MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeremy King
   5 Pheasant Court
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−7032

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on December 19, 2018.

    On 10/25/2021 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                  December 8, 2021
Time:                10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 25, 2021
JAN: mjb

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jeremy King  
    Debtor

Case No. 18-14786-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 25, 2021      Form ID: 185      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy King, 5 Pheasant Court, Columbus, NJ 08022-2336 |
| aty | + | Mariner Finance, LLC, c/o William E. Brewer, Esq., PO Box 1001, Marmora, NJ 08223-5001 |
| cr | + | PENNYMAC LOAN SERVICES, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517382371 | + | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 517382374 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517382376 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 517541456 | | PENNYMAC LOAN SERVICES, LLC, PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 517382378 | + | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2021 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2021 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517382370 | + | Email/Text: bankruptcy@ldf-holdings.com | Oct 25 2021 20:23:00 | Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 517382372 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 25 2021 20:38:45 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517382373 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Oct 25 2021 20:38:39 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517389743 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2021 11:30:24 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517397228 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2021 11:30:24 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517382375 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 25 2021 20:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517523298 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2021 20:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517431211 | | Email/PDF: cbp@onemainfinancial.com | Oct 25 2021 20:38:45 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517382377 | + | Email/PDF: cbp@onemainfinancial.com | Oct 25 2021 20:38:51 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 517523823 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2021 20:38:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517523824 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2021 | Form ID: 185 | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| | | Oct 25 2021 20:38:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517382379 | + Email/Text: bankruptcypgl@plaingreenloans.com | Oct 25 2021 20:23:00 | Plain Green Loans, 93 Mack Road, Suite 600, Po Box 270, Box Elder, MT 59521-0270 |
| 517523950 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 25 2021 20:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517527254 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 25 2021 20:38:54 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517476353 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Jeremy King aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Nicholas V. Rogers | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC nj.bkecf@fedphe.com |
| U.S. Trustee | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 25, 2021 | Form ID: 185 | Total Noticed: 24 |

        USTPRegion03.NE.ECF@usdoj.gov

William E. Brewer

        on behalf of Attorney Mariner Finance  LLC, c/o William E. Brewer, Esq. williambrew@gmail.com, brewerwr96836@notify.bestcase.com

William M.E. Powers

        on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III

        on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 11