Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−14786−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeremy King
   5 Pheasant Court
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−7032

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/8/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 8, 2021
JAN: bwj

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-14786-MBK

Jeremy King                                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                              Page 1 of 3

Date Rcvd: Dec 08, 2021                      Form ID: 148                            Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy King, 5 Pheasant Court, Columbus, NJ 08022-2336 |
| aty | + | Mariner Finance, LLC, c/o William E. Brewer, Esq., PO Box 1001, Marmora, NJ 08223-5001 |
| cr | + | PENNYMAC LOAN SERVICES, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517382371 | + | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 517382376 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 517541456 | | PENNYMAC LOAN SERVICES, LLC, PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 517382378 | + | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517382370 | + | Email/Text: bankruptcy@ldf-holdings.com | Dec 08 2021 20:50:00 | Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 517382372 | + | EDI: CAPITALONE.COM | Dec 09 2021 01:48:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517382373 | + | EDI: CAPONEAUTO.COM | Dec 09 2021 01:53:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517389743 | + | EDI: AISACG.COM | Dec 09 2021 01:53:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517397228 | + | EDI: AISACG.COM | Dec 09 2021 01:53:00 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517382374 | + | EDI: AMINFOFP.COM | Dec 09 2021 01:53:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517382375 | + | EDI: IRS.COM | Dec 09 2021 01:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517523298 | + | EDI: MID8.COM | Dec 09 2021 01:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517431211 | | EDI: AGFINANCE.COM | Dec 09 2021 01:48:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517382377 | + | EDI: AGFINANCE.COM | Dec 09 2021 01:48:00 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 517523823 | | EDI: PRA.COM | Dec 09 2021 01:53:00 | Portfolio Recovery Associates, LLC, PO Box |

Case 18-14786-MBK    Doc 78    Filed 12/10/21    Entered 12/11/21 00:14:56    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2021 | Form ID: 148 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | 41067, Norfolk, VA 23541 |
| 517523824 | | EDI: PRA.COM | Dec 09 2021 01:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517382379 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Dec 08 2021 20:50:00 | Plain Green Loans, 93 Mack Road, Suite 600, Po Box 270, Box Elder, MT 59521-0270 |
| 517523950 | + | EDI: JEFFERSONCAP.COM | Dec 09 2021 01:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517527254 | + | EDI: AIS.COM | Dec 09 2021 01:53:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517476353 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Jeremy King aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Nicholas V. Rogers | |

| | |
|---|---|
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Brewer | on behalf of Attorney Mariner Finance  LLC, c/o William E. Brewer, Esq. williambrew@gmail.com, brewerwr96836@notify.bestcase.com |
| William M.E. Powers | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |

TOTAL: 11